MAY 1, 1989

No. 88–773. RODEY, DICKASON, SLOAN, AKIN & ROBB, P. A. *v.* REVENUE DIVISION OF THE DEPARTMENT OF TAXATION AND REVENUE OF NEW MEXICO. Appeal from Sup. Ct. N. M. dismissed for want of substantial federal question.

No. 88–1290. BENJAMIN ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Midland Asphalt Corp.* v. *United States*, 489 U. S. 794 (1989).

No. — – ——. KAESTEL *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied. JUSTICE BLACKMUN dissents.

No. — – ——. THOMPSON *v.* SCHROEDER ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. A–815 (88–7008). JAMES *v.* CARLSON, WARDEN. C. A. 9th Cir. Application for release, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. D–742. IN RE DISBARMENT OF FREDERICK. Disbarment entered. [For earlier order herein, see 488 U. S. 963.]

No. D–769. IN RE DISBARMENT OF SMITH. Disbarment entered. [For earlier order herein, see 489 U. S. 1004.]